FILED
JAN 06 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 3:21 CV 22 |
| Plaintiff, | JUDGE ZOUHARY |
| v. | MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION |
| SHAFFER PHARMACY, INC.; THOMAS TADSEN; and WILSON BUNTON, | **FILED TEMPORARILY UNDER SEAL** |
| Defendants. | |

The United States respectfully moves this Court pursuant to Federal Rule of Civil Procedure 65 for a temporary restraining order and preliminary injunction to enjoin Defendants Shaffer Pharmacy, Inc., Thomas Tadsen, and Wilson Bunton from distributing or dispensing controlled substances. A memorandum of law and affidavits in support of this motion are attached hereto and incorporated herein.

Respectfully submitted,

By: /s/

| | |
|---|---|
| JUSTIN E. HERDMAN (0080418)<br>United States Attorney | JEFFREY BOSSERT CLARK<br>Acting Assistant Attorney General<br>United States Department of Justice<br>Civil Division |
| Patricia M. Fitzgerald (PA: 308973)<br>Assistant United States Attorney | Daniel J. Feith<br>Deputy Assistant Attorney General<br>Civil Division |
| United States Court House<br>801 West Superior Avenue, Suite 400<br>Cleveland, OH 44113<br>(216) 622-3600/3779<br>(216) 522-2404 (facsimile)<br>Justin.Herdman@usdoj.gov<br>Patricia.Fitzgerald2@usdoj.gov | Gustav W. Eyler<br>Director, Consumer Protection Branch<br><br>Scott B. Dahlquist (VA: 76646)<br>Maryann N. McGuire (VA: 78812)<br>Trial Attorneys<br>Consumer Protection Branch |
| Angelita Cruz Bridges (0072688)<br>Assistant United States Attorney<br>Four Seagate, Suite 308<br>Toledo, OH 43604-2624<br>(419) 259-6376<br>(419) 259-6360 (facsimile)<br>Angelita.Bridges@usdoj.gov | 450 5th Street, NW, Suite 6300<br>Washington, D.C. 20001<br>(202) 532-4520<br>(202) 514-8742 (facsimile)<br>Scott.B.Dahlquist@usdoj.gov<br>Maryann.N.McGuire@usdoj.gov |

## CERTIFICATE OF SERVICE

A copy of the foregoing Motion for a Temporary Restraining Order and a Preliminary Injunction and Memorandum in Support will be served on Defendant Shaffer Pharmacy, Inc. by mail under Fed. R. Civ. P. 5(b)(2)(C), and on the Defendants Thomas Tadsen and Wilson Bunton by personal service under Fed. R. Civ. P. 5(b)(2)(A) on January 14, 2021.

/s/
Patricia M. Fitzgerald
Assistant United States Attorney

2