IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 3:21 CV 22 |
| | ) | |
| Plaintiff, | ) | JUDGE JACK ZOUHARY |
| | ) | |
| v. | ) | |
| | ) | |
| SHAFFER PHARMACY, INC.; THOMAS TADSEN; and WILSON BUNTON, | ) | <u>ORDER GRANTING MOTION TO FILE UNDER SEAL</u> |
| | ) | |
| Defendants. | ) | **FILED TEMPORARILY UNDER SEAL** |

This matter comes before the Court upon Plaintiff's *Ex Parte* Motion for Leave to File under Seal the attached Complaint with Exhibits; Motion for a Temporary Restraining Order and Preliminary Injunction; Memorandum of Law in Support of Motion for Temporary Restraining Order and Preliminary Injunction; Proposed Temporary Restraining Order; Declaration of Meredith A. Carter, with Exhibits; Declaration of Kendall A. Miller, with Exhibits; and Declaration of Dr. Carl Gainor:

1. The United States is engaged in parallel civil and criminal investigations of Defendants Shaffer Pharmacy, Inc.; Thomas Tadsen; and Wilson Bunton;

2. The United States intends to execute search warrants associated with the criminal investigation on January 14, 2021;

3. Good cause exists for granting the Motion for Leave to File Under Seal in order to prevent the destruction of evidence prior to the execution of the search warrants.

Based on the foregoing, it is therefore

**ORDERED** as follows:

A. The Motion is **GRANTED**.

B. The seal will expire when the search warrants are executed.

C. Counsel for the United States will notify the Clerk's Office that the search warrants have been executed and all documents will be made available to the public.

Dated: <u>January 7</u>, 2021

By: <u>s/ Jack Zouhary</u>

District Court Judge