IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO.: 3:21CV22 |
|---|---|---|
| | ) | |
| Plaintiff, | ) | JUDGE JACK ZOUHARY |
| | ) | |
| v. | ) | |
| | ) | |
| SHAFFER PHARMACY, INC.; THOMAS TADSEN; and WILSON BUNTON, | ) ) ) | MOTION TO RESCHEDULE HEARING ON MOTION FOR PRELIMINARY INJUNCTION AND REQUEST FOR |
| Defendants. | ) | VIRTUAL HEARING |

      Counsel for the United States respectfully requests that this Court reschedule the Hearing on the Motion for Preliminary Injunction currently set for Friday, January 22, 2021 at 1:30 p.m. Counsel for the United States' was just informed that the expert witness, Dr. Carl Gainor, has a medical appointment on that date that would be difficult to reschedule. Counsel for the United States, and all of its witnesses, are available January 25-28, at any time.

      Counsel for the United States further requests that the hearing take place via videoconference. First, two counsel for the United States are located in Washington, D.C., and remain under a maximum telework mandate due to COVID-19. Second, Dr. Gainor resides in Pennsylvania, a state which currently remains on the Ohio Department of Health's travel

advisory list due to high positivity rates of COVID-19. Pursuant to the current travel advisory, those traveling from Pennsylvania should quarantine for fourteen days upon arriving in Ohio. To expedite the hearing while still complying with COVID-19 safety protocols set by the Ohio Department of Health, counsel for the United States requests that the hearing be conducted virtually.

Respectfully submitted,

| | |
|---|---|
| BRIDGET M. BRENNAN<br>Acting United States Attorney<br>Northern District of Ohio | JOHN V. COGHLAN<br>Deputy Assistant Attorney General of the<br>Federal Programs Branch<br>United States Department of Justice<br>Civil Division |
| By: /s/Patricia M. Fitzgerald<br>Patricia M. Fitzgerald (PA: 308973)<br>Assistant United States Attorney<br>United States Court House<br>801 West Superior Avenue, Suite 400<br>Cleveland, OH 44113<br>(216) 622-3779<br>(216) 522-2404 (facsimile)<br>Patricia.Fitzgerald2@usdoj.gov | Daniel J. Feith<br>Deputy Assistant Attorney General<br>Civil Division<br><br>Gustav W. Eyler<br>Director, Consumer Protection Branch |
| Angelita Cruz Bridges (0072688)<br>Assistant United States Attorney<br>Four Seagate, Suite 308<br>Toledo, OH 43604-2624<br>(419) 259-6376<br>(419) 259-6360 (facsimile)<br>Angelita.Bridges@usdoj.gov | Scott B. Dahlquist (VA: 76646)<br>Maryann N. McGuire (VA: 78812)<br>Trial Attorneys<br>Consumer Protection Branch<br>450 5th Street, NW, Suite 6300<br>Washington, D.C. 20001<br>(202) 532-4520<br>(202) 514-8742 (facsimile)<br>Scott.B.Dahlquist@usdoj.gov<br>Maryann.N.McGuire@usdoj.gov |