IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 3:21CV22 |
| | ) | |
| Plaintiff, | ) | JUDGE JACK ZOUHARY |
| | ) | |
| v. | ) | |
| | ) | |
| SHAFFER PHARMACY, INC.; THOMAS TADSEN; AND WILSON BUNTON, | ) ) ) | PLAINTIFF'S WITNESS AND EXHIBIT LISTS FOR PRELIMINARY INJUNCTION HEARING |
| Defendants. | ) | |

Plaintiff United States of America respectfully submits these witness and exhibit lists for the preliminary injunction hearing scheduled for January 27, 2021 at 9:30 am.

## Witness List

1. Dr. Carl Gainor (expert witness)
2. DEA DI Meredith Carter (fact witness)

## Exhibit List

The United States does not intend to introduce any new exhibits at the hearing, however, it will incorporate by reference Joint Exhibit 1, and the Stipulation of Facts submitted on January 25, 2021 (ECF No. 20), as well as the Declarations of Carl Gainor and Meredith Carter, including exhibits, submitted in support of the Motion for Temporary Restraining Order and Preliminary Injunction filed on January 6, 2021 (ECF No. 3).

Respectfully submitted,

BRIDGET M. BRENNAN  
Acting United States Attorney  
Northern District of Ohio

BRIAN M. BOYNTON  
Acting Assistant Attorney General  
United States Department of Justice  
Civil Division

By: /s/ Patricia M. Fitzgerald  
Patricia M. Fitzgerald (PA: 308973)  
Assistant United States Attorney  
United States Court House  
801 West Superior Avenue, Suite 400  
Cleveland, OH 44113  
(216) 622-3779  
(216) 522-2404 (facsimile)  
Patricia.Fitzgerald2@usdoj.gov

Michael D. Granston  
Deputy Assistant Attorney General  
Civil Division

Gustav W. Eyler  
Director, Consumer Protection Branch

Scott B. Dahlquist (VA: 76646)  
Maryann N. McGuire (VA: 78812)  
Trial Attorneys  
Consumer Protection Branch  
450 5th Street, NW, Suite 6300  
Washington, D.C. 20001  
(202) 532-4520  
(202) 514-8742 (facsimile)  
Scott.B.Dahlquist@usdoj.gov  
Maryann.N.McGuire@usdoj.gov

Angelita Cruz Bridges (0072688)  
Assistant United States Attorney  
Four Seagate, Suite 308  
Toledo, OH 43604-2624  
(419) 259-6376  
(419) 259-6360 (facsimile)  
Angelita.Bridges@usdoj.gov

*Counsel for The United States of America*