| | | |
|---|---|---|
| United States of America, | ) | Case No. 3:21-CV-00022 |
| | ) | |
| | ) | Hon. Jack Zouhary |
| Plaintiff, | ) | |
| | ) | **DEFENDANT'S JOINT** |
| | ) | **SUPPLEMENTAL EXHIBIT** |
| v. | ) | |
| | ) | Richard M. Kerger (0015864) |
| | ) | Kimberly A. Conklin (0074726) |
| Shaffer Pharmacy, Inc., et al., | ) | THE KERGER LAW FIRM, LLC |
| | ) | 4159 N. Holland-Sylvania Rd., Ste. 101 |
| | ) | Toledo, OH 43623 |
| Defendant. | ) | Telephone: (419) 255-5990 |
| | ) | Fax: (419) 255-5997 |
| | ) | Email: rkerger@kergerlaw.com |
| | ) | |
| | ) | *Counsel for Defendants* |
| | ) | *Shaffer Pharmacy, Inc. and Thomas* |
| | ) | *Tadsen* |
| | ) | |
| | ) | Charles M. Boss (0011436) |
| | ) | Boss & Vitou Co., LPA |
| | ) | 111 W. Dudley Street |
| | ) | Maumee, Ohio 43537 |
| | ) | Telephone: (419) 893-5555 |
| | ) | Fax: (419) 893-2797 |
| | ) | Email: cboss@bossvitou.com |
| | ) | |
| | ) | *Counsel for Defendant Wilson Bunton* |
| | ) | |

Defendants, by and through counsel, submit their supplemental joint exhibit for

the temporary restraining order hearing to be held on January 27, 2021.

Respectfully submitted,


/s/ Richard M. Kerger
*Counsel for Defendants,*
*Shaffer Pharmacy, Inc. and Thomas Tadsen*

/s/ Charles M. Boss
*Counsel for Defendant*
*Wilson Bunton*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been electronically filed this 29th day of January, 2021. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's System.

/s/ Charles M. Boss