# CERTIFICATE
## OF COMPLETION

PharmCon hereby certifies that

*Wilson Bunton*

has attained the quality standard and criteria of

## PAIN MANAGEMENT SPECIALTY PHARMACIST

set forth by Pharmaceutical Education Consultants, Inc.
on this 12th day of March 2020



_____
ACPE Administrator

_____
Faculty Chair

EXHIBIT 20