# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | Case No. 3:21-CV-00022 |
| | ) | |
| | ) | Hon. Jack Zouhary |
| Plaintiff, | ) | |
| | ) | **DEFENDANTS' ANSWER WITH JURY** |
| | ) | **DEMAND** |
| v. | ) | |
| | ) | Richard M. Kerger (0015864) |
| | ) | Kimberly A. Conklin (0074726) |
| Shaffer Pharmacy, Inc., et al., | ) | THE KERGER LAW FIRM, LLC |
| | ) | 4159 N. Holland-Sylvania Rd., Ste. 101 |
| | ) | Toledo, OH 43623 |
| Defendant. | ) | Telephone: (419) 255-5990 |
| | ) | Fax: (419) 255-5997 |
| | ) | Email: rkerger@kergerlaw.com |
| | ) | |
| | ) | *Counsel for Defendants* |
| | ) | *Shaffer Pharmacy, Inc. and Thomas* |
| | ) | *Tadsen* |

Now come Defendants through the undersigned counsel and as their Answer to the Complaint filed herein state as follows:

1. Admitted.

2. Denied.

3. Denied.

4. Denied.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9. Admitted.

10. Admitted.

11. Admitted.

12. Admitted.

13. Admit the existence of the statute and further answering deny the other allegations contained in paragraph 13.

14. Admitted.

15. Admitted.

16. Admitted.

17. Admitted.

18. Admitted.

19. Admitted.

20. Admitted.

21. Admitted.

22. Admitted.

23. Admitted.

24. Admitted.

25. Admitted.

26. Admitted.

27. Admitted.

28. Admitted.

29. Admitted.

30. Admitted but defendant made the purchases alleged but denies there is any significance to the fact their purchasing volume exceeded Ohio state averages.

31. Denied.

32. Denied.

33. Admitted.

34. Denied.

35. Denied.

36. Denied.

37. Denied.

38. Admitted but denies the prescriptions were not for legitimate medical purposes.

39. Denied.

40. Denied.

41. Admitted.

42. Admitted.

43. Denied.

44. Denied.

45. Denied.

46. Admitted.

47. Denied.

48. Denied for want of knowledge of what "substance use disorder".

49. Denied.

50. Denied.

51. Admitted.

52. Admitted.

53. Denied.

54. Denied.

55. Denied.

56. Admitted.

57. Denied.
58. Denied.
59. Denied.
60. Admitted.
61. Admitted.
62. Denied.
63. Denied.
64. Denied.
65. Admitted.
66. Denied.
67. Denied.
68. Denied.
69. Admitted.
70. Admitted.
71. Denied.
72. Denied.
73. Denied.
74. Admitted.
75. Admit that the combinations may be harmful and further answering admit the balance of the paragraph.
76. Denied.
77. Admitted.
78. Admitted.
79. Denied.
80. Denied.

81. Denied.

82. Admitted.

83. Denied.

84. Denied.

85. Admitted.

86. Admitted.

87. Denied.

88. Denied.

89. Denied.

90. Denied.

91. Denied.

92. Denied.

93. Admitted.

94. Admitted.

95. Denied.

96. Denied.

97. Defendants incorporate by reference the statements contained in paragraphs 1 through 96 as if fully rewritten herein.

98. Denied.

99. Denied.

100. Denied.

101. Defendants incorporate by reference the statements contained in paragraphs 1 through 100 as if fully rewritten herein.

102. Denied.

103. Denied.

104. Denied.

**FIRST AFFIRMATIVE DEFENSE**

Defendants state Plaintiff's Complaint fails to set forth claims upon which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

Defendants at all times and after reasonable verification, relied on the prescription provided by legitimate physicians engaged in pain management.

**THIRD AFFIRMATIVE DEFENSE**

Defendants at all times provided appropriate care for their patients which required Defendants to fill out prescriptions which were out of the normal practice in order to provide pain relief for their patients.

**FOURTH AFFRIMATIVE DEFENSE**

Plaintiff's claims are barred by the Statute of Limitations.

**JURY DEMAND**

Now comes Defendant through the undersigned counsel and prays for a trial by jury of all issues so properly tried.

Respectfully submitted,

/s/ Richard M. Kerger
*Counsel for Defendants,*
*Shaffer Pharmacy, Inc. and Thomas Tadsen*

/s/ Charles M. Boss
*Counsel for Defendant*
*Wilson Bunton*

**CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing has been electronically filed this 9th day of March, 2021. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's System.

                                               /s/ Richard M. Kerger